PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 07/2021)

IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF TEXAS
_____ DIVISION

FILED
JAN 26 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

Brandon Robinson 967366
Plaintiff's Name and ID Number

200 N. Comal St. San Antonio TX 78207
Bexar County Adult Detention Center
Place of Confinement

CASE NO. SA23CA0110XR
(Clerk will assign the number)

v.

Bexar County Sheriff's Department
Defendant's Name and Address
200 N. Comal St. San Antonio Texas 78207

_____
Defendant's Name and Address

_____
Defendant's Name and Address
( DO NOT USE "ET AL.")

### INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be <u>legibly</u> handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $52.00 for a total fee of **$402.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $52.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:
   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___ YES ✓ NO
   B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
      1. Approximate date of filing lawsuit: N/A
      2. Parties to previous lawsuit:
         Plaintiff(s) N/A
         Defendant(s) N/A
      3. Court: (If federal, name the district; if state, name the county.) N/A
      4. Cause number: N/A
      5. Name of judge to whom case was assigned: N/A
      6. Disposition: (Was the case dismissed, appealed, still pending?) N/A
      7. Approximate date of disposition: N/A

2

II. PLACE OF PRESENT CONFINEMENT: **Bexar County Adult Detention Center**

III. EXHAUSTION OF GRIEVANCE PROCEDURES:
Have you exhausted all steps of the institutional grievance procedure?   ✓ YES   ___ NO
Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: **Robinton Robinson**
**Bexar County Adult Detention Center**
**200 N. Comal St. San Antonio TX 78207**

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: **Bexar County Sheriff's Department**
**200 N. Comal St., San Antonio Texas 78207**

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
**Excessive force, attempting to interfere with medical attention, violation of Bexar County**

Defendant #2: **Sheriff's Department's training & policy**
**Falsifying an official police report**

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #3: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

3

## Summary of Claim

On or about November 3, 2022, Sheriff Smith, while attempting to detain Brandon Robinson, caused his vehicle, namely a Chevy Tahoe, to impact the vehicle Robinson was operating, namely a Yamaha R1, several times.

Sheriff Smith's Tahoe was traveling at approximately (80) eighty miles per hour (MPH) when he caused his Chevy Tahoe to impact Robinson's vehicle the second time. Upon impact, Robinson became airborne, knocked free of his shoes and socks and landed approximately (30) thirty to (40) forty feet from the ~~place of~~ point of impact.

Brandon Robinson sustained serious medical injuries.

Sheriff Smith's vehicle ran over Brandon's vehicle, totaling it.

Sheriff Smith attempted to delay and deny Robinson's emergency medical care by moving Robinson and placing him in his police vehicle. Smith instructed the paramedics that Robinson did not require medical attention.

Page 1 of 2

EMS PERSONNEL PERSISTED AND PLACED ROBINSON IN THE BACK OF AN AMBULANCE AND TRANSPORTED TO UNIVERSITY HEALTH SYSTEM'S EMERGENCY ROOM.

ROBINSON WAS DIAGNOSED WITH (3) THREE FRACTURED RIBS ON HIS RIGHT SIDE, DISLOCATED SHOULDER ON HIS RIGHT SIDE, FRACTURED COLLAR BONE AND SHOULDER ~~RIGHT~~ ON HIS RIGHT SIDE, (3) THREE PROTRUDING ~~DISSE~~ DISCS IN NECK & SPINE, BRUISED LUNG AND ROAD RASH ON HIS KNEES FEET AND ELBOWS.

ROBINSON WAS TREATED FOR HIS EXTENSIVE INJURIES AND KEPT UNDER OBSERVATION FOR POTENTIAL INTERNAL INJURIES FOR (3) THREE DAYS.

BRANDON ROBINSON WAS ~~TRANSPORTED~~ DISCHARGED AND TRANSPORTED TO BEXAR COUNTY ADULT DETENTION CENTER AND HOUSED IN A MEDICAL UNIT. UNIT LA.

BRANDON ROBINSON

PAGE 2 OF 2